USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __JAN 0 9 2008__

## REQUEST FOR COURT ACTION / DIRECTION

TO: JIM MOLINELLI
    Docket Clerk

OFFENSE: <u>CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE NARCOTICS (21 USC 846)</u>

ORIGINAL SENTENCE: <u>121 MONTHS IMPRISONMENT; THREE (3) YEARS OF SUPERVISED RELEASE</u>

FROM:   <u>TIFFANY THOMAS</u>
        U.S. Probation Officer

SPEC. CONDITIONS: <u>PARTICIPATE IN MENTAL HEALTH AND SUBSTANCE ABUSE AND/OR ALCOHOL ABUSE TREATMENT.</u>

AUSA:   TO BE DETERMINED

RE:     <u>BRYAN NUNEZ-RIVAS</u>
      Docket # <u>WMN-99-0349</u>

**08 CRIM 30**

DATE OF SENTENCE:   <u>9/20/2001</u>

DATE:   January 7, 2008

ATTACHMENTS:   PSI     JUDGMENT <u>X</u>     PREVIOUS REPORTS
                   VIOLATION   PETITION

REQUEST FOR:     WARRANT____     SUMMON____     COURT DIRECTION ___

### ASSIGNMENT FOR TRANSFER OF JURISDICTION

On January 20, 2001, the above-mentioned individual was sentenced in the District of Maryland, by the Honorable William M. Nickerson, U.S. District Judge, to the above referenced offense.

On November 30, 2007, we received a letter from the District of Maryland, advising that the Honorable William M. Nickerson, U.S. District Judge, had signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Nunez-Rivas' transfer to the Southern District of New York. At this time we are requesting that this case be assigned to a Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Enclosed are two (2) original forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return both original Forms 22 as they are required for both districts to complete the transfer.

NUNEZ-RIVAS, BRYAN                                                                                                    26857/TT

- 2 -

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

                            Respectfully submitted,

                            Chris J. Stanton
                            Chief U.S. Probation Officer

By:                 _____
                          TIFFANY THOMAS
                          U.S. Probation Officer
                          212-805-5115

Approved By: _____        1/7/08
                Supervising U.S. Probation Officer        Date: